1
2
3
4
5
6
7
8                    UNITED STATES DISTRICT COURT

9                   EASTERN DISTRICT OF CALIFORNIA

10

11  TIMOTHY WILLIAM MOORE,        )    1:05-cv-00775-AWI-SMS
                                  )
12                Plaintiff,      )    and
                                  )
13      v.                        )    1:05-cv-00848-OWW-SMS
                                  )
14  JO ANNE B. BARNHART,          )    **ORDER REQUIRING CLARIFICATION**
    Commissioner of Social        )
15  Security,                     )
                                  )
16                Defendant.      )
    _____)

17

18      Plaintiff is proceeding with counsel in an action in which

19  he seeks judicial review of a final decision of the Commissioner

20  of Social Security denying his application for benefits.

21      However, it appears to this Court that plaintiff has filed

22  the exact same action twice, with two different case numbers, as

23  set forth above.  Further, the Court's docket, and, specifically,

24  documents 1 through 11, appear to be exactly the same in both

25  cases as follows:

26  ///

27  //

28  /

                                 1

| Date Filed | Doc. # | Docket Text (abbreviated) |
|---|---|---|
| 6/13/05 | 1 | Proposed Motion to Proceed IFP |
| 6/13/05 | 2 | Civil Cover Sheet |
| 6/13/05 | 3 | Complaint |
| 6/13/05 | 4 | Amended Document. Civil Cover Sheet |
| 6/13/05 | 5 | First Amended Motion to Proceed IFP |
| 6/13/05 | 6 | Decline to Proceed before US Magistrate |
| 6/13/05 | 7 | Notice. Summons to Attorney General |
| 6/13/05 | 8 | Notice. Summons to General Counsel |
| 6/13/05 | 9 | Notice. Summons to U.S. Attorney |
| 6/13/05 | O | Application to Proceed IFP filed |
| 6/15 & 6/29 | 10 | Order granting IFP |
| 6/15 & 6/29 | 11 | Summons Issued |

In 1:05-cv-00775-AWI-SMS, the following are the only documents not contained in 1:05-cv-00848-OWW-SMS:

| 06/15/05 | 12 | Scheduling Order |
|---|---|---|
| 06/21/05 | 13 | Certificate of Service |

Therefore, plaintiff is ORDERED to respond hereto, **OR** simply take action in response hereto, within **ten (10) days** from the date of service of this Order.

IT IS SO ORDERED.

**Dated:    July 6, 2005**                    _____/s/ Sandra M. Snyder_____
icido3                                          UNITED STATES MAGISTRATE JUDGE