1 **DENNIS M. BROMBERG, #89432**
Attorney at Law
2 5707 N. West Ave.
Fresno, CA  93711
3 (559) 431-5700

4 Attorney for Plaintiff

5

6 IN THE UNITED STATES DISTRICT COURT FOR THE

7 EASTERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| TIMOTHY WILLIAM MOORE | ) | |
| | ) | |
| Plaintiff, | ) | Case No: 1: 05-cv-00775-AWI-SMS |
| | ) | |
| JO ANNE B. BARNHART, | ) | |
| Commissioner of Social Security | ) | **STIPULATION AND ORDER TO EXTEND TIME** |
| Defendant(s). | ) | |
| _____ | ) | |

15   The parties, through their respective counsel, stipulate that plaintiff's time to prepare and
16 file the confidential letter brief be extended from November 14, 2005 to December 15, 2005.

17   This is plaintiff's first request for an extension of time to prepare the plaintiff's confidential
18 letter brief.

19   Plaintiff needs the additional time to adequately review the file and prepare a response to
20 this matter.

21

22 //

23

24 //

25

26 //

27

28

Dated:  November 15, 2005             /s/ Dennis M. Bromberg
                                       Dennis M. Bromberg
                                       Attorney for plaintiff


Dated:  November 16, 2005             /s/Kristi C. Kapetan
                                       (as authorized via facsimile)
                                       Kristi C. Kapetan
                                       Assistant U.S. Attorney


IT IS SO ORDERED:


Dated:        11/18/2005               /s/ Sandra M. Snyder
                                       Sandra M. Snyder
                                       U.S. Magistrate Judge

2