**DENNIS M. BROMBERG - 89432**
BROMBERG & ISHIKAWA
5707 North West Avenue
Fresno, California  93711
(559) 431-5700

Attorney for TIMOTHY MOORE

# UNITED STATES DISTRICT COURT

## FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **TIMOTHY MOORE,** | CASE NO.  CV-F 05- 775 AWI SMS |
| Plaintiff, | **STIPULATION AND ORDER TO EXTEND TIME** |
| v | |
| **JO ANNE B. BARNHART,** Commissioner of Social Security, | |
| Defendant, | |

Plaintiff cannot meet the deadline for filing plaintiff's opening brief which is due February 19, 2006, and is therefore requesting additional time in which to file his motion until March 21, 2006.

Dated:   February  15 , 2006         /s/ Dennis Bromberg
_____
DENNIS M. BROMBERG,
Attorney for Plaintiff, TIMOTHY MOORE

Dated:   February  14 , 2006        /s/ Kristi Kapetan
_____
KRISTI KAPETAN
Assistant U.S. Attorney

IT IS SO ORDERED.

Dated: 2/27/2006

 /s/ Sandra M. Snyder
THE HONORABLE SANDRA M. SNYDER
United States Magistrate Judge