1  **DENNIS M. BROMBERG - 89432**
   BROMBERG & ISHIKAWA
2  5707 North West Avenue
   Fresno, California  93711
3  (559) 431-5700

4  Attorney for TIMOTHY MOORE

8             UNITED STATES DISTRICT COURT

9           FOR THE EASTERN DISTRICT OF CALIFORNIA

11 | TIMOTHY MOORE,              ) | CASE NO.  1:05-CV- 0775 AWI SMS
   |                             ) |
12 |            Plaintiff,        ) | **STIPULATION AND ORDER TO**
   |                             ) | **EXTEND TIME**
13 |     v                       ) |
   |                             ) |
14 | JO ANNE B. BARNHART,        ) |
   | Commissioner of Social      ) |
15 | Security,                   ) |
   |            Defendant,        ) |
16 | _____) |

17     Plaintiff cannot meet the deadline for filing plaintiff's opening brief which is due

18 March  21, 2006, and is therefore requesting additional time in which to file his motion

19 until April  21, 2006.

20 Dated:  March  _21_, 2006          /s/ DENNIS M. BROMBERG

21                                    _____
                                      DENNIS M. BROMBERG,
                                      Attorney for Plaintiff, TIMOTHY MOORE
22

23 Dated:  March  _20_, 2006          /s/ KRISTI KAPETAN

24                                    _____
                                      KRISTI KAPETAN
                                      Assistant U.S. Attorney
25

26 IT IS SO ORDERED.

27 Dated:  3/27/2006                  /s/ Sandra M. Snyder

28                                    _____
                                      THE HONORABLE SANDRA M. SNYDER
                                      United States Magistrate Judge