1  **DENNIS M. BROMBERG - 89432**
   BROMBERG & ISHIKAWA
2  5707 North West Avenue
   Fresno, California  93711
3  (559) 431-5700

4  Attorney for TIMOTHY MOORE

## UNITED STATES DISTRICT COURT

## FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **TIMOTHY MOORE,** | CASE NO.  1:05-CV- 0775 AWI SMS |
| Plaintiff, | **STIPULATION AND ORDER TO EXTEND TIME** |
| v | |
| **JO ANNE B. BARNHART, Commissioner of Social Security,** | |
| Defendant, | |

Plaintiff cannot meet the deadline for filing plaintiff's opening brief which is due April 21, 2006, and is therefore requesting additional time in which to file his motion until May 21, 2006.

Dated:   April   21  , 2006          /S/ DENNIS BROMBERG
                                     _____
                                     DENNIS M. BROMBERG,
                                     Attorney for Plaintiff, TIMOTHY MOORE

Dated:   April   20  , 2006          /S/ KRISTI KAPETAN
                                     _____
                                     KRISTI KAPETAN
                                     Assistant U.S. Attorney

IT IS SO ORDERED.

Dated:  4/24/2006
                                      /s/ Sandra M. Snyder
                                     _____
                                     THE HONORABLE SANDRA M. SNYDER
                                     United States Magistrate Judge